# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hector Enrique Quinapanta Guangasig,<br><br>Petitioner,<br><br>v.<br><br>Kristi Noem, et al.,<br><br>Respondents. | No. CV-25-04672-PHX-MTL (ASB)<br><br>**ORDER** |

Petitioner's counsel has filed a letter alleging that Respondents have not provided a bond hearing. The letter asks for Petitioner's immediate release.

While some jurisdictions permit parties to file letters asking a judge to decide something, this District does not follow the practice. Petitioner must file a motion if he wishes to obtain relief.

**IT IS THEREFORE ORDERED** that the Court will take no action on Petitioner's letter filed at Docket No. 14.

Dated this 14th day of January, 2026.

Michael T. Liburdi
United States District Judge